IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 11-538-1 |
| MARTIN PADILLA-PALOMAR | : | |

**O R D E R**

AND NOW, this 11th day of April, 2023, upon consideration of the Government's Motion to Dismiss Indictment, it is hereby ORDERED that Indictment No. 11-538-1 as to defendant Martin Padilla-Palomar is DISMISSED WITH PREJUDICE.

BY THE COURT:

_____
HONORABLE BERLE M. SCHILLER
United States District Judge